UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JOHN HOWARD SCOTT | CIVIL ACTION NO. 15-0823 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHN SMITH, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record and for those additional reasons stated in this Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remove [Doc. No. 15] is **DENIED AS MOOT**. Plaintiff may seek relief from any appropriate state court on his state law claims.

**The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.**

MONROE, LOUISIANA, this 30th day of June, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE